UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                CRIMINAL NO. 17-cr-20067

v.                                HON. ROBERT H. CLELAND

D-2 ALXLEOTOLD GORDON,

        Defendant.

_____/

## **PROTECTIVE ORDER**

This matter is before the Court on the United States' Motion for Protective Order. The defense does not object to the motion.

Accordingly, the Motion for Protective Order is hereby GRANTED. It is hereby ORDERED that:

1. Defense counsel received confidential information from the United States via a letter dated June 12, 2017, regarding one of the police officers who is a witness in the above-captioned case. The defendant and his counsel are to treat such material, including copies of such material, as confidential and are to make no further disclosure of such material, except as provided herein;

2. Said confidential material, including copies, may be utilized by the defendant and his attorney only to prepare for this case, impeach witnesses,

1

refresh a witness' recollection as to matters about which he or she formerly testified, or to test a witness's credibility;

3. Neither the defendant nor his attorney may disclose, make copies of, or reveal the contents of such materials for purposes other than the defense preparation and efforts specified herein;

4. Discussions on the record concerning this subject matter shall be treated as confidential in their entirety and shall not be disclosed to persons or parties outside the instant case. Portions of any transcripts concerning the confidential information, including any testimony at the hearing on the motion to suppress or at trial, shall be designated confidential and shall not be disclosed to persons or parties outside the instant case.

5. All such material turned over to the defendant and his attorney, and any copies made therefrom, shall be returned to the attorneys for the United States when the trial of this case is concluded.

IT IS SO ORDERED.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: June 14, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 14, 2017, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522