# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 17-20067 |
| Plaintiff, | Honorable Robert H. Cleland |
| vs. | |
| D-2 ALXLEOTOLD GORDON, | |
| Defendant. | |
| _____/ | |

## ORDER TO SEAL

The government having moved to seal its exhibit and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that Exhibit C (Medical Records) to the United States' Response and Opposition to Defendant's Motion for Compassionate Release be sealed until further Order of the Court.

s/Robert H. Cleland
Honorable Robert H. Cleland
United States District Judge

Dated:   July 29, 2020